**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-2065**

———————————

In re: MYKAL S. RYAN,

        Debtor,

--------------------------------

DAVID R. RUBY,

        Trustee – Appellee,

    and

U.S. TRUSTEE,

        Trustee,

      v.

MYKAL S. RYAN,

        Debtor - Appellant,

    and

HELEN E. RYAN; JOHN J. RYAN, JR.,

        Defendants – Appellants.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, District Judge.  (4:12-cv-00157-MSD-TEM)

———————————

Submitted:  January 23, 2014      Decided:  January 27, 2014

———————————

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mykal S. Ryan, Helen E. Ryan, John J. Ryan, Jr., Appellants Pro Se. Kelly M. Barnhart, ROUSSOS LASSITER GLANZER & BARNHART, PLC, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mykal S. Ryan, Helen E. Ryan, and John J. Ryan, Jr., appeal from the district court's order accepting the recommendation of the bankruptcy judge, granting the bankruptcy trustee's motion for default judgment, authorizing the trustee to avoid certain transfers to the Ryans, and entering monetary judgments in favor of the trustee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ruby v. Ryan, 4:12-cv-00157-MSD-TEM (E.D. Va. Aug. 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED